```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/4/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  -against-

DAVID N. FUSELIER,
ROY W. ERWIN, and
INTEGRATED FREIGHT CORPORATION,

        Defendants.

1:17-CV-04240-VM

**CLERK'S CERTIFICATE OF DEFAULT**

---

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 6, 2017 with the filing of a summons and complaint, Defendant David N. Fuselier waived service of the summons and complaint on June 19, 2017, and said waiver was filed on June 19, 2017, Doc. # 8.

  I further certify that the docket entries indicate that Defendant Fuselier has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Fuselier is hereby noted.

Dated: New York, New York
   October 4, 2017

                 RUBY J. KRAJICK
                 Clerk of Court

                 By: _____
                 Deputy Clerk